AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Brian Ford

              Plaintiff,

v.

Las Vegas Metropolitan Police Department, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00324-KJD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the [5] Court's Order Dismissing case without prejudice, Judgment is entered for Defendants and this case is closed.

3/25/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk